FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 OCT 31  AM II: 14

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL NEWELL METTS, | ) |
| | ) |
| Defendant. | ) |

CASE NO. CR412-203

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 37), to which objections have been filed (Doc. 39). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and **FINDS** that Defendant is competent to stand trial.

In his objections, counsel for Defendant contends that the examining doctor's conclusion is incorrect and requests that Defendant "be re-committed to the Federal Bureau of Prisons for a further examination to determine whether he suffers from Korsakoff's syndrome, and whether such diagnosis, if found, will impact his competency to stand trial." (Id. at 2.) The problem with this request, however, is that Defendant has offered no evidence to support his belief that the doctor's conclusion is

incorrect and that Defendant likely suffers from Korsakoff's syndrome. With Defendant advancing only unsupported arguments, the Court finds insufficient reason to disagree with the Magistrate Judge's conclusion that Defendant is competent to stand trial.

SO ORDERED this 31ˢᵀ day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA